UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
GEIS PROPERTIES, LLC,               :
                                    :
                   Plaintiff,       :    Civil Action No.: 08 Civ. _____
                                    :
       - against -                  :
                                    :    **RULE 7.1 CORPORATE**
SHELL OIL COMPANY,                  :    **DISCLOSURE STATEMENT ON**
                                    :    **BEHALF OF SHELL OIL**
                                    :    **COMPANY**
                   Defendant.       :
------------------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Shell Oil Company is wholly owned by Shell Petroleum, Inc.

Dated: New York, New York
       April 25, 2008

                                EPSTEIN BECKER & GREEN, P.C.

                                By: _____
                                    Michael J. Thompson

                                *Attorneys for Defendant*
                                SHELL OIL COMPANY
                                Two Gateway Center, 12th Floor
                                Newark, New Jersey 07102
                                (973) 642-1900

                                250 Park Avenue
                                New York, New York 10177-1211
                                (212) 351-4500

NE:336404v1