UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
GEIS PROPERTIES, LLC,

                Plaintiff,

        - against -

SHELL OIL COMPANY,

                Defendant.
------------------------------------------------- x

Civil Action No.: 08 Civ. 3911

## DECLARATION OF FILING OF NOTICE OF FILING NOTICE OF REMOVAL IN STATE COURT AND SERVICE ON COUNSEL FOR PLAINTIFF

I, Michael J. Thompson, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an Attorney for the Law Firm of Epstein Becker & Green, P.C., attorneys for defendant.

2. On April 25, 2008, I caused a copy of the Notice of Filing together with the Notice of Removal to be served upon Nolan E. Shanahan of the Law Firm Cole, Schotz, Meisel, Forman & Leonard, P.A., attorneys for plaintiff, by depositing same, enclosed in a properly addressed wrapper, in a post box under the exclusive care and custody of the United States Post Office, within the State of New York, directed to the said attorney at 900 Third Avenue, 16th Floor, New York, New York 10022 that being the address designated by said attorney for that purpose.

NE:336396v1

1

3.  On April 25, 2008 I caused to be filed with the County Clerk of the County of New York, Notice of Filing Notice of Removal with Notice of Removal.

EPSTEIN BECKER & GREEN, P.C.

By: _____
Michael J. Thompson

*Attorneys for Defendant*
SHELL OIL COMPANY
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 642-1900

250 Park Avenue
New York, New York 10177-1211
(212) 351-4500

Dated: April 25, 2008
        New York, New York

NE:336396v1

2