UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
GEIS PROPERTIES, LLC,

                      Plaintiff,

      - against -

SHELL OIL COMPANY,

                      Defendant.
------------------------------------- X

Civil Action No.: 08 Civ. 3911 (CLB)

**NOTICE OF APPEARANCE**

Please take notice that the law firm of Epstein, Becker & Green, P.C., Two Gateway Plaza, 12th Floor, Newark, New Jersey 07102, will appear as counsel for defendant Shell Oil Company in this matter. Sheila A. Woolson is the responsible attorney. Please direct all correspondence and notices accordingly.

                By:    */s/ Sheila A. Woolson*
                          Sheila A. Woolson
                          EPSTEIN BECKER & GREEN, P.C.
                          Attorneys for Defendant
                          Shell Oil Company
                          Two Gateway Center, 12th Floor
                          Newark, New Jersey 07102-5003
                          (973) 642-1900
                          Fax: (973) 642-0099

                          swoolson@ebglaw.com

NE:338056v1