# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
TWO GATEWAY CENTER, 12TH FLOOR
NEWARK, NEW JERSEY 07102-5003
973.642.1900
FAX: 973.642.0099
EBGLAW.COM

SHEILA WOOLSON
TEL: 973 642 1900
FAX: 973 642 0099
SWOOLSON@EBGLAW.COM

May 2, 2008

**VIA ECF**

Honorable Charles L. Brieant, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
NY, NY 10007

       Re:   GEIS Properties v. Shell Oil Company
              Civil Action No.: 08-Civ-3911

Dear Judge Brieant:

       On behalf of the defendant, Shell Oil Company ("Shell"), I enclose a Consent Order executed by counsel for both parties extending the time for Shell to answer or otherwise respond to plaintiff's Complaint for thirty days, or until June 2, 2008.

       If acceptable to the Court, Shell respectfully requests that Your Honor execute the Consent Order.

                                         Respectfully,

                                         Sheila Woolson

cc:    Nolan E. Shanahan, Esq. (via ECF)

ATLANTA • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, DC

EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY.

NE:338061v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
GEIS PROPERTIES, LLC,

                Plaintiff,

       - against -

SHELL OIL COMPANY,

                Defendant.
------------------------------------- X

Civil Action No.: 08 Civ. 3911 (CLB)

**CONSENT ORDER**
**EXTENDING TIME**

      This matter having been opened to the Court by Epstein Becker & Green, P.C., attorneys for the defendant, Shell Oil Company ("Defendant"), and the attorneys for plaintiff, Nolan E. Shanahan, Esq., the Court being fully advised and plaintiff, having conferred and agreed to the entry of the within Consent Order, and good cause having been shown;

      **IT IS** on this _____ day of _____, 2008

**ORDERED** that the time in which Defendant may answer, plead or otherwise respond to the Complaint be and hereby is extended to June 2, 2008.

                             So Ordered:

                             _____
                             Charles L. Brieant, U.S.D.J.

- 2 -

**THE UNDERSIGNED HEREBY CONSENT TO ENTRY OF THE WITHIN ORDER:**

Cole, Schotz, Meisel, Forman & Leonard, P.A.
Attorneys for Plaintiff
Geis Properties, LLC

By: _____
Nolan E. Shanahan, Esq.
For the Firm

DATED: May __1__, 2008

EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendant
Shell Oil Company

By: _____
Sheila A. Woolson
A Member of the Firm

DATED: May __1__, 2008