Brieant, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEIS PROPERTIES, LLC

                          Plaintiff,

    -against-

SHELL OIL COMPANY

                         Defendants.

08 CV 3911 (CLB)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Nolan E. Shanahan, attorney for Geis Properties, LLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:  Glenn R. Kazlow

    Applicant's Name:  Gerard M. Giordano

    Firm Name:  Cole, Schotz, Meisel, Forman & Leonard, P.A.

    Address:  25 Main Street – Court Plaza North

    City/State/Zip:  Hackensack, New Jersey 07601

    Telephone/Fax:  (201) 525-6320/ (201) 525-6306

are admitted to practice pro hac vice as counsel for Geis Properties, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: June____, 2008
~~New York, New York~~
White Plains, NY

SO ORDERED

_____
United States District/~~Magistrate~~ Judge
Hon. Charles L. Brieant, USDJ

{W1267742.1}
43380/0003-1524387v1