UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GEIS PROPERTIES, LLC,

                            Plaintiff,

        - against -

SHELL OIL COMPANY,

                          Defendant.
-----------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 3911 (CLB) (GAY)

      The above entitled action is referred to the Hon. George A. Yanthis, United States Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

___ Settlement*

___ Inquest After Default/Damages Hearing

_X_ All purposes permitted by law

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose of _____

___ Habeas Corpus

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____
    _____

    All such motions: ___

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York
           July 1, 2008

_____
United States District Judge